

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2016

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The above appeal is set for submission and oral arguments on June 14, 2016, before the following panel: Justice Karen Angelini, Justice Patricia O. Alvarez and Justice Jason Pulliam. This order is to inform all parties and their counsel that the panel has changed to the following: Justice Karen Angelini, Justice Marialyn Barnard and Justice Patricia O. Alvarez.

It is so ORDERED on June 13, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court